## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**********************************************:

| | | |
|---|---|---|
| **ROBIN REILLY** | : | |
| | : | **CIVIL ACTION NO. 3:21-cv-01655** |
| **V.** | : | |
| | : | |
| **WAL-MART STORES EAST, LIMITED** | : | |
| **PARTNERSHIP AND WALMART INC.** | : | |
| | : | **DECEMBER 14, 2021** |

## <u>DEFENDANTS' NOTICE OF REMOVAL</u>

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The named defendants, Wal-Mart Stores East, Limited Partnership and Walmart Inc. ("Defendants"), by and through its undersigned counsel, and pursuant to 28 U.S.C.A. § 1332(a) and § 1441, hereby removes this action from the Superior Court, Judicial District of Waterbury, in the State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

1.     The plaintiff, Robin Reilly ("Plaintiff"), commenced an action by service of process against the Defendant in state court entitled, *Robin Reilly v. Wal-Mart Stores East, Limited Partnership, et al.*, returnable to the Superior Court, Judicial District of Waterbury.  A copy of the referenced Summons and Complaint are attached hereto as **<u>Exhibit A</u>**.

2.     This Notice of Removal is timely and filed with this Court within thirty (30) days after receipt by Defendants of the initial pleadings setting forth the claims for relief upon which this action is based. The Defendants were served on or around November 29, 2021.

- 1 -

3.      In her Complaint, the Plaintiff alleges a negligence action against the Defendants and seeks unspecified damages.  The Plaintiff, however, alleges the following injuries and damages, some or all of which she alleges, may be permanent in nature:

a.      injury and pain to Plaintiff's head, including headaches;

b.      injury and pain to Plaintiff's back;

c.      injury and pain to Plaintiff's hip;

d.      injury and pain to Plaintiff's left foot and left ankle, including a fracture to her fibula; and

e.      pain and suffering, both mental and physical.

See Exhibit A, Counts One-Two, at ¶ 7(a)-(e).  The Plaintiff further alleges that she "incurred expenses for medical care and treatment, and will likely be forced to incur additional expenses for medical care and treatment in the future." Id. at ¶ 8. The Plaintiff also alleges that as a result of her fall she "has been impaired in her ability to participate in and enjoy her life's usual activities." Id. at ¶ 9.  Additionally, the Plaintiff alleges that she "was caused to miss work and has suffered a loss of earning capacity." Id. at ¶ 10. Based on the Plaintiff's allegations and the Defendants' investigation to date, the damages claimed exceed $75,000.00 upon information and belief.

4.      According to the Summons filed by the Plaintiff, she resides in Wolcott, Connecticut.

5.      Defendant, Wal-Mart Stores East, Limited Partnership is a Delaware limited partnership with a principal place of business in Bentonville, Arkansas. Defendant, Walmart, Inc., is a corporation organized in the State of Delaware, with a principal place of business in Bentonville, Arkansas. There is complete diversity of citizenship between the Plaintiff and the Defendants.

**ROGIN NASSAU LLC** • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT  06103-3460 • (860) 256-6300 • JURIS NO. 050793

5.      The above-entitled action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and thus may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441.

6.      This action is removable pursuant to the provisions of 28 U.S.C. § 1441 because this is a civil action wherein the amount in controversy exceeds the sum of or the value of $75,000.00 exclusive of interest and costs, and Plaintiff and Defendants are citizens of different states.


Dated this 14th  day of December, 2021.

THE DEFENDANTS

By:    /s/ George C. Springer, Jr.

George C. Springer, Jr. [ct03263]
Rogin Nassau LLC
185 Asylum Street, 22nd Floor
Hartford, CT 06103-3460
Tel: (860) 256-6380
Fax: (860) 278-2179
E-mail: gspringer@roginlaw.com

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was served electronically this 14th day of December 2021 and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Andrew S. Marcucci, Esq.
Grady & Riley, LLP
86 Buckingham Street
Waterbury, CT 06710

/s/ George C. Springer, Jr.
George C. Springer, Jr. [ct03263]

**ROGIN NASSAU LLC** • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT 06103-3460 • (860) 256-6300 • JURIS NO. 050793

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. |
| --- |

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
| --- | --- | --- |
| 300 Grand Street, Waterbury, CT 06702 | ( 203 ) 591 – 3300 | January 4, 2022 |

| ☒ Judicial District | G.A. | At *(City/Town)* | Case type code *(See list on page 2)* | |
| --- | --- | --- | --- | --- |
| ☐ Housing Session | ☐ Number: | Waterbury | Major: **T** | Minor: **03** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
| --- | --- |
| Grady & Riley, LLP, 86 Buckingham Street, Waterbury, CT 06710 | 102536 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
| --- | --- |
| ( 203 ) 575 – 1131 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☐ Yes ☒ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* |
| --- | --- |

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
| --- | --- | --- |
| **First plaintiff** | Name: **Reilly, Robin** <br> Address: **83 Ransom Hall Road, Wolcott, CT 06716** | **P-01** |
| **Additional plaintiff** | Name: <br> Address: | **P-02** |
| **First defendant** | Name: **Wal-Mart Stores East, Limited Partnership, 702 SW 8th Street, Bentonville, AR 72716** <br> Address: **Agent: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108** | **D-01** |
| **Additional defendant** | Name: **Walmart Inc., 702 SW 8th Street, Bentonville, AR 72716** <br> Address: **Agent: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108** | **D-02** |
| **Additional defendant** | Name: <br> Address: | **D-03** |
| **Additional defendant** | Name: <br> Address: | **D-04** |

| Total number of plaintiffs: 1 | Total number of defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
| --- | --- | --- |

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court | Name of person signing |
| --- | --- | --- | --- |
| 11/22/2021 | *[signature]* | ☐ _____ Clerk | Andrew S. Marcucci, Esq. |

| If this summons is signed by a Clerk: | | For Court Use Only |
| --- | --- | --- |
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. | | File Date |
| b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. | | |
| c. The court staff is not permitted to give any legal advice in connection with any lawsuit. | | |
| d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | | |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
| --- | --- | --- | --- |

11/23/2021

**Instructions**

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

   Do not use this summons for the following actions:
   
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | M 68 | Bar Discipline - Inactive Status | | V 90 | All other |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

11/23/2021

GRADY & RILEY LLP, ATTORNEYS and COUNSELORS AT LAW

Juris No. 102536, 86 Buckingham Street, Waterbury, Connecticut 06710-1998 – Telephone (203) 575-1131 Fax (203) 754-1675

RETURN DATE: **January 4, 2022**       :       SUPERIOR COURT

ROBIN REILLY                                    :       J.D. OF WATERBURY

V.                                                          :       AT WATERBURY

WAL-MART STORES EAST,
LIMITED PARTNERSHIP, ET AL        :       NOVEMBER 22, 2021

### COMPLAINT

### COUNT ONE-ROBIN REILLY V. WAL-MART STORES EAST, LIMITED PARTNERSHIP:

1.      At all times mentioned herein, the Defendant, Wal-Mart Stores East, Limited Partnership, was and is a Delaware limited partnership authorized to transact business in the state of Connecticut.

2.      At all times mentioned herein, the Defendant, Wal-Mart Stores East, Limited Partnership, owned the premises located at 910 Wolcott Street in Waterbury, Connecticut, including the parking lot thereon.

3.      At all times mentioned herein, the Defendant, Wal-Mart Stores East, Limited Partnership, its agents, servants and/or employees possessed and controlled the premises located at 910 Wolcott Street in Waterbury, Connecticut, including the parking lot thereon.

GRADY & RILEY LLP, ATTORNEYS and COUNSELORS AT LAW
Juris No. 102536, 86 Buckingham Street, Waterbury, Connecticut 06710-1998 – Telephone (203) 575-1131 Fax (203) 754-1675

4.     At all times mentioned herein, the Defendant, Wal-Mart Stores East, Limited Partnership, its agents, servants and/or employees had a duty to inspect and maintain the premises located at 910 Wolcott Street in Waterbury, Connecticut, including the parking lot thereon.

5.     On November 26, 2019, the Plaintiff, Robin Reilly, was lawfully on the premises, in the parking lot, when she was caused to fall due to a pothole in the parking lot, thereby causing her to suffer the injuries and losses set forth below.

6.     The fall was caused by the negligence of the Defendant, Wal-Mart Stores East, Limited Partnership, its agents, servants and/or employees, in one or more of the following ways:

a)     they failed to properly maintain the parking lot;

b)     they failed to properly inspect the parking lot;

c)     they knew or should have known of the pothole on the parking lot, yet took no steps to fix the condition;

d)     they allowed the pothole on the parking lot to exist for an unreasonable period of time;

e)     they failed to adequately train their agents to inspect and maintain the parking lot;

f)     they failed to warn the Plaintiff of the pothole in the parking lot;

2

GRADY & RILEY LLP, ATTORNEYS and COUNSELORS AT LAW

Juris No. 102536, 86 Buckingham Street, Waterbury, Connecticut 06710-1998 – Telephone (203) 575-1131  Fax (203) 754-1675

g)  they failed to enact and/or follow adequate procedures to ensure the parking lot was properly inspected and maintained;

h)  they knew or should have known that people such as the Plaintiff would be using the parking lot area, yet failed to inspect, maintain and repair the parking lot; and/or

i)  they failed to erect signs, barriers or otherwise isolate the defective condition of the parking lot.

7.  As a result of the fall, the Plaintiff, Robin Reilly, suffered the following injuries, some or all of which may be permanent in nature:

a)  injury and pain to Plaintiff's head, including headaches;

b)  injury and pain to Plaintiff's back;

c)  injury and pain to Plaintiff's hip;

d)  injury and pain to Plaintiff's left foot and left ankle, including a fracture to her fibula; and

e)  pain and suffering, both mental and physical.

8.  As a further result of the fall, the Plaintiff, Robin Reilly, incurred expenses for medical care and treatment, and will likely be forced to incur additional expenses for medical care and treatment in the future.

11/23/2021

GRADY & RILEY LLP, ATTORNEYS and COUNSELORS AT LAW
Juris No. 102536, 86 Buckingham Street, Waterbury, Connecticut 06710-1998 – Telephone (203) 575-1131 Fax (203) 754-1675

9.      As a further result of the fall, the Plaintiff, Robin Reilly, has been impaired in her ability to participate in and enjoy her life's usual activities.

10.      As a further result of the fall, the Plaintiff, Robin Reilly, was caused to miss work and has suffered a loss of earning capacity.

**COUNT TWO-ROBIN REILLY V. WALMART INC.:**

1.      At all times mentioned herein, the Defendant, Walmart Inc., was and is a Delaware corporation authorized to transact business in the state of Connecticut.

2.      At all times mentioned herein, the Defendant, Walmart Inc., owned the premises located at 910 Wolcott Street in Waterbury, Connecticut, including the parking lot thereon.

3.      At all times mentioned herein, the Defendant, Walmart Inc., its agents, servants and/or employees possessed and controlled the premises located at 910 Wolcott Street in Waterbury, Connecticut, including the parking lot thereon.

4.      At all times mentioned herein, the Defendant, Walmart Inc., its agents, servants and/or employees had a duty to inspect and maintain the premises located at 910 Wolcott Street in Waterbury, Connecticut, including the parking lot thereon.

4

5. On November 26, 2019, the Plaintiff, Robin Reilly, was lawfully on the premises, in the parking lot, when she was caused to fall due to a pothole in the parking lot, thereby causing her to suffer the injuries and losses set forth below.

6. The fall was caused by the negligence of the Defendant, Walmart Inc., its agents, servants and/or employees, in one or more of the following ways:

a) they failed to properly maintain the parking lot;

b) they failed to properly inspect the parking lot;

c) they knew or should have known of the pothole on the parking lot, yet took no steps to fix the condition;

d) they allowed the pothole on the parking lot to exist for an unreasonable period of time;

e) they failed to adequately train their agents to inspect and maintain the parking lot;

f) they failed to warn the Plaintiff of the pothole in the parking lot;

g) they failed to enact and/or follow adequate procedures to ensure the parking lot was properly inspected and maintained;

h) they knew or should have known that people such as the Plaintiff would be using the parking lot area, yet failed to inspect, maintain and repair the parking lot; and/or

GRADY & RILEY LLP, ATTORNEYS and COUNSELORS AT LAW

Juris No. 102536, 86 Buckingham Street, Waterbury, Connecticut 06710-1998 – Telephone (203) 575-1131 Fax (203) 754-1675

11/23/2021

GRADY & RILEY LLP, ATTORNEYS and COUNSELORS AT LAW
Juris No. 102536, 86 Buckingham Street, Waterbury, Connecticut 06710-1998 – Telephone (203) 575-1131  Fax (203) 754-1675

  i)  they failed to erect signs, barriers or otherwise isolate the defective condition of the parking lot.

7.  As a result of the fall, the Plaintiff, Robin Reilly, suffered the following injuries, some or all of which may be permanent in nature:

  a)  injury and pain to Plaintiff's head, including headaches;

  b)  injury and pain to Plaintiff's back;

  c)  injury and pain to Plaintiff's hip;

  d)  injury and pain to Plaintiff's left foot and left ankle, including a fracture to her fibula; and

  e)  pain and suffering, both mental and physical.

8.  As a further result of the fall, the Plaintiff, Robin Reilly, incurred expenses for medical care and treatment, and will likely be forced to incur additional expenses for medical care and treatment in the future.

9.  As a further result of the fall, the Plaintiff, Robin Reilly, has been impaired in her ability to participate in and enjoy her life's usual activities.

10.  As a further result of the fall, the Plaintiff, Robin Reilly, was caused to miss work and has suffered a loss of earning capacity.

11/23/2021

GRADY & RILEY LLP, ATTORNEYS and COUNSELORS AT LAW
Juris No. 102536, 86 Buckingham Street, Waterbury, Connecticut 06710-1998 – Telephone (203) 575-1131 Fax (203) 754-1675

**WHEREFORE**, the Plaintiff claims:

1. Monetary damages;

2. Interest;

3. Costs of this action; and

4. Such other relief as the court may deem just and equitable.

Dated at Waterbury, Connecticut this 22nd day of November, 2021.

THE PLAINTIFF
ROBIN REILLY

By _____

Andrew S. Marcucci, Esq.
**GRADY & RILEY, LLP**
86 Buckingham Street
Waterbury, CT 06710
Juris No.: 102536
Telephone No.: (203) 575-1131
Email: amarcucci@gradyriley.com

7

| RETURN DATE: **January 4, 2022** | : | SUPERIOR COURT |
| ROBIN REILLY | : | J.D. OF WATERBURY |
| V. | : | AT WATERBURY |
| WALMART STORES EAST, LIMITED PARTNERSHIP, ET AL | : | NOVEMBER 22, 2021 |

## STATEMENT OF AMOUNT IN DEMAND

The amount of money damages claimed is greater than Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF,
ROBIN REILLY

By _____
Andrew S. Marcucci, Esq.
**GRADY & RILEY, LLP**
86 Buckingham Street
Waterbury, CT 06710
Juris No.: 102536
Telephone No.: (203) 575-1131
Email: amarcucci@gradyriley.com

11/23/2021

GRADY & RILEY LLP, ATTORNEYS and COUNSELORS AT LAW
Juris No. 102536, 86 Buckingham Street, Waterbury, Connecticut 06710-1998 – Telephone (203) 575-1131  Fax (203) 754-1675